**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ERIC Y. KIZIRIAN, SB# 210584
  E-Mail: Eric.Kizirian@lewisbrisbois.com
ALEXANDRA K. CHRISTENSEN, SB# 346340
  E-Mail: Alexandra.Christensen@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for SPECIALIZED BICYCLE
COMPONENTS, INC., Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER ROSSOW, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>      vs.<br><br>SPECIALIZED BICYCLE COMPONENTS INC.,<br><br>            Defendant. | Case No. 5:26-cv-01471-PCP<br><br>**DEFENDANT SPECIALIZED BICYCLE COMPONENTS, INC.'S N.D. CAL. L.R. 3-15 NOTICE OF INTERESTED PARTIES**<br><br>Judge:    P. Casey Pitts<br><br>Trial Date:            None Set |

Pursuant to Fed. R. Civ. P. 7.1 and N.D. Cal. L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to,  parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Defendant Specialized Bicycle Components, Inc. (a non-government corporate party) is a privately held corporation formed and existing under the laws of the State of Delaware with its principal offices located at 15130 Concord Circle, Morgan Hill, CA 95037. Defendant Specialized Bicycle Components, Inc. is Active and in Good Standing with the State of Delaware Secretary of State's Division of Corporations.

Defendant Specialized Bicycle Components, Inc. is a wholly owned subsidiary of Specialized Bicycle Components Holding Company, Inc., formed and existing under the laws of the State of Delaware with is principal offices located at 15740 Concord Circle, Morgan Hill, CA, 95037-7110. Specialized Bicycle Components Holding Company, Inc. does not have a parent corporation and Merida Industry Co. Ltd., a publicly traded company on the Tawain Stock Exchange, holds 10% or more of its stock.

DATED:  March 10, 2026                    LEWIS BRISBOIS BISGAARD & SMITH LLP

By:  _____
ERIC Y. KIZIRIAN
Attorneys for Specialized Bicycle Components, Inc.

Defendant Specialized Bicycle Components, Inc.'s Notice of Interested Parties

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW