**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ERIC Y. KIZIRIAN, SB# 210584
  E-Mail: Eric.Kizirian@lewisbrisbois.com
ALEXANDRA K. CHRISTENSEN, SB# 346340
  E-Mail: Alexandra.Christensen@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for SPECIALIZED BICYCLE
COMPONENTS, INC., Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER ROSSOW, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>SPECIALIZED BICYCLE COMPONENTS, INC.,<br><br>    Defendant. | Case No. 5:26-cv-01471-PCP<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Judge:    P. Casey Pitts<br><br>Trial Date:         None Set |

WHEREAS, on February 19, 2026, Plaintiff Christopher Rossow, filed a complaint in the United States District Court, Northern District of California against Defendant Specialized Bicycle Components, Inc. ("Specialized") (*see* Dkt. No. 1);

WHEREAS, on February 27, 2026, Plaintiff served the complaint on Specialized (*see* Dkt. No. 10);

WHEREAS, Specialized must respond to the complaint on March 20, 2026 (FED. R. CIV. P. 12(a)(1)(A));

WHEREAS, Defendant's counsel, who was recently retained, requested and Plaintiff's counsel agreed to a thirty-day extension of time for Defendant to respond to the initial complaint as allowed under Civil Local Rule 6-1;

WHEREAS, the thirtieth day is Sunday, April 19, 2026;

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

173203959.1

Case No. 5:26-cv-01471-PCP

Stipulation to Extend Time to Respond to Initial Complaint

WHEREAS, pursuant to FED. R. CIV. P. 6(a)(1)(C), the date of response is Monday, April 20, 2026;

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, by the parties through their undersigned counsel that Specialized shall have a thirty (30) day extension of time to respond to Plaintiff's Complaint, up to and including April 20, 2026.

DATED:  March 10, 2026                    LEWIS BRISBOIS BISGAARD & SMITH LLP


By:  _____
       ERIC Y. KIZIRIAN
       Attorneys for Specialized Bicycle Components,
       Inc., Defendant


DATED:  March 10, 2026                    BURSOR & FISHER, P.A.


By:  _____/s/ Stefan Bogdanovich_____
       Stefan Bogdanovich
       Attorneys for Plaintiff

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

**SIGNATURE VERIFICATION**

Pursuant to Local Rule 5-1(i)(3), I hereby certify that the content of this document is acceptable to Stefan Bogdanovich, counsel for Plaintiff Rossow, and that I have obtained Mr. Bogdanovich's authorization to affix his electronic signature to this document.

DATED: March 10, 2026                    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
ERIC Y. KIZIRIAN
Attorneys for Specialized Bicycle Components, Inc., Defendant

Stipulation to Extend Time to Respond to Initial Complaint