**BURSOR & FISHER, P.A.**
Stefan Bogdanovich (State Bar No. 324525)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: sbogdanovich@bursor.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ROSSOW, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPECIALIZED BICYCLE COMPONENTS, INC.,<br><br>Defendant. | Case No. 5:26-cv-01471-PCP<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Hon. P. Casey Pitts |

NOTICE OF SETTLEMENT
CASE NO. 5:26-cv-01471-PCP

Plaintiff Christopher Rossow ("Plaintiff") respectfully submits this Notice of Settlement to inform the Court that the Parties have agreed to a confidential settlement. Plaintiff intends to file a Voluntary Dismissal with Prejudice as to only his individual claims against Defendant within the next 30 days.

Dated: April 17, 2026

**BURSOR & FISHER, P.A.**

By:  /s/ *Stefan Bogdanovich*

Stefan Bogdanovich (State Bar No. 324525)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: sbogdanovich@bursor.com

*Attorney for Plaintiff*

NOTICE OF SETTLEMENT                                                                                                          1
CASE NO. 5:26-cv-01471-PCP