**BURSOR & FISHER, P.A.**
Stefan Bogdanovich (State Bar No. 324525)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: sbogdanovich@bursor.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ROSSOW, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPECIALIZED BICYCLE COMPONENTS, INC.,<br><br>Defendant. | Case No. 5:26-cv-01471-PCP<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 5:26-cv-01471-PCP

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Christopher Rossow submits the following notice of voluntary dismissal of his individual claims against Defendant Specialized Bicycle Components, Inc. with prejudice. Each party shall bear its own fees and costs.

Dated: May 26, 2026

**BURSOR & FISHER, P.A.**

By: ___/s/ *Stefan Bogdanovich*___

Stefan Bogdanovich (State Bar No. 324525)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: sbogdanovich@bursor.com

*Attorney for Plaintiff*